ACCEPTED
15-25-00044-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/25/2025 6:13 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00044-CV

# In The Fifteenth Court of Appeals
## at Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/25/2025 6:13:06 AM
CHRISTOPHER A. PRINE
Clerk

**UGALAHI OFFOBOCHE,**
Appellant,
V.

**COLLIN COUNTY, TEXAS, COLLIN COUNTY SHERIFF'S DEPUTIES MOUNGER, WATSON, AND MCMILLAN AND FORMER COLLIN COUNTY DEPUTY CONSTABLE RUMFIELD,**
Appellees.

On appeal from the 429th Judicial District Court,
Collin County, Texas
Cause No. 429-08578-2024
The Honorable Jill Willis, Presiding

**APPELLANT'S MOTION FOR LEAVE TO FILE UNTIMELY BRIEF BY 9 MINUTES AND TO FILE AMENDED APPELLANT'S BRIEF WITH EXCESS WORDS**

TO THE HONORABLE JUSTICES:

Appellant, Ugalahi Offoboche, files this Motion for leave to file untimely brief by 9 Minutes and to Amended Appellant's Brief with excess words. This motion is brought pursuant to Tex. R. App. P. 38.7. Appellant shows the court as follows:

1. Appellant filed her brief in the wee hours of June 24, 2025, and was hindered from perfecting the brief because of a chronic condition that causes temporary blindness. See Certificate of Compliance in Appellant's brief.

2. The brief was on June 23rd, 2025, however, due to the inability to see for lengthy periods of time per day, appellant missed the deadline by 9 minutes. Appellant humbly prays for leave to file her untimely brief.

3. As a consequence of being unable to see, Appellant was unable to cure numerous errors and omissions in Appellant's brief filed on June 24, 2025 and that brief contained 650 excess words.

4. Appellant has cured the errors but was unable to reduce the brief to less than 15,000 words and must therefore seek leave to amend and to file Appellant's Amended Brief with 111 excess words along with this motion.

5. Due to the hour of day, appellant has not conferenced with appellees counsel about this motion appellees will not suffer any harm from the granting of this motion.

6. This motion is filed, not for delay, but in the interest of justice so that the Court may hear this case on the merits.

7. All supporting facts are made from the personal knowledge of appellant, who is an attorney, and are true and correct.

For the above reasons, appellant humbly requests that this Motion be granted and that Appellant's Amended Brief be filed with 111 Excess words over the 15,000 word limit of Tex. R. Civ. P. 9.4.

Dated this 25th day of June 2025.

Respectfully Submitted:

U. A. C. OFFOBOCHE LAW FIRM

/s/ Ugalahi Agbo Claire Offoboche
Ugalahi Agbo Claire Offoboche
State Bar No. 24068619
675 Town Square Blvd., Bldg. 1A, Ste. 200,
Garland, TX 75040
Ph:  469-315-0358
Fax: 214-853-5708
ugy@uacoffobochelaw.com
**APPELLANT: UGALAHI OFFOBOCHE**

## CERTIFICATE OF SERVICE

I, the undersigned counsel certifies that the above and foregoing has been simultaneously served upon e-filing via efile.texascourts.gov, on appellees through their Attorneys of record:

Robert Davis,
Kyle Barry,
Matthews, Shields, Knott, Eden, Davis & Beanland, L.L.P.,
8131 LBJ Freeway, Ste. 700,
Dallas, Texas 75251
bdavis@mssattorneys.com
kbarry@mssattorneys.com
ATTORNEYS FOR APPELLEES

/s/ Ugalahi Agbo Claire Offoboche
Ugalahi Agbo Claire Offoboche

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ugalahi Offoboche
Bar No. 24068619
ugy@uacoffobochelaw.com
Envelope ID: 102391590
Filing Code Description: Motion
Filing Description: MOTION FOR LEAVE TO FILE UNTIMELY BRIEF BY 9 MINUTES AND TO FILE AMENDED APPELLANT'S BRIEF WITH EXCESS WORDS
Status as of 6/25/2025 7:04 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ugalahi UgyOffoboche | | ugy@uacoffobochelaw.com | 6/25/2025 6:13:06 AM | SENT |
| Robert J.Davis | | bdavis@mssattorneys.com | 6/25/2025 6:13:06 AM | SENT |
| Kyle T.Barry | | kbarry@mssattorneys.com | 6/25/2025 6:13:06 AM | SENT |
| Kyle T.Barry | | kbarry@mssattorneys.com | 6/25/2025 6:13:06 AM | SENT |